UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mayolo Luna,<br><br>     Plaintiff,<br><br>  -against-<br><br>Yorkville Mansion Inc. and John Phillips,<br><br>     Defendant. | 25-CV-9221 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's November 6, 2026 Order, Dkt. 5, the parties were required to file a joint letter, the contents of which are described therein, the Thursday before the initial conference.  To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by January 21, 2026.


  SO ORDERED.

Dated: January 20, 2026
   New York, New York

             _____
              ARUN SUBRAMANIAN
             United States District Judge