# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

TELEPHONE:   (212) 473-8700
FACSIMILE:   (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

BENJAMIN N. DICTOR
THOMAS J. LAMADRID*
MARIA L. CHICKEDANTZ
AARON W. GLADSTONE
EMILY W. VAN DYNE

* NY, FL, AND MI BAR

OF COUNSEL
EUGENE G. EISNER†
NATHANIEL K. CHARNY**
ROGER J. BERNSTEIN

** NY AND NJ BAR
† OF COUNSEL & PARTNER EMERITUS

June 17, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Denied without prejudice.  Counsel shall meet and confer with opposing counsel and refile indicating whether Defendant consents.

SO ORDERED:

6/17/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Mayolo Luna v. Yorkville Mansion Inc., d/b/a Mansion Restaurants and John Phillips, individually 25-cv-9221 (AS)(RWL)*

Dear Judge Lehrburger:

We represent the Plaintiff in the above-referenced matter, and we write to request an extension of the discovery deadline. By way of background, pursuant to Your Honor's order of March 23, 2026 (Dkt. 20), this case was allowed to continue against the individual defendant John Phillips, notwithstanding the bankruptcy stay that applies to the corporate defendant Yorkville Mansion Inc., d/b/a Mansion Restaurants. At the time that Plaintiff requested that this case continue against the individual defendant, we did not request to adjust the dates within the current scheduling order, although on the date we made our request (March 12, 2026, Dkt. 17), several of the internal discovery deadlines had already lapsed. Based on these reasons, we now request an adjustment in order to extend the discovery deadline by 60 days. This is our first request for such an extension.

According to the current scheduling order (Dkt. 16), discovery is to be finished by June 16, 2026. However, to date, Defendant Phillips has not responded to the Plaintiff's discovery requests, and depositions have not yet been taken. We therefore request the following adjustment to the scheduling order:

|  | Current Date | Extended Date |
|---|---|---|
| **End of Discovery** | June 16, 2026 | August 15, 2026 |
| **Summary Judgment Motion** | August 16, 2026 | October 15, 2026 |
| **Answering Papers** | September 16, 2026 | November 15, 2026 |
| **Reply Papers** | October 1, 2026 | December 1, 2026 |

# EISNER DICTOR & LAMADRID, P.C.

Re:     *Mayolo Luna v. Yorkville Mansion Inc, d/b/a*
        *Mansion Restaurants and John Phillips, individually*
        25-cv-9221 (AS)

2 | P a g e
_____

Your consideration is greatly appreciated.

Respectfully submitted,

Maria L. Chickedantz

cc.: All counsel of record